622

for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *Paul A. Freund* for the United States.

No. 751. JENSEN ET AL. *v.* CANADIAN INDEMNITY Co. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Denver S. Church* for petitioners. *Mr. Norman S. Sterry* for respondent.

No. 760. LOTSCH *v.* UNITED STATES. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur L. Burchell* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 761. ARDENGHI *v.* COMMISSIONER OF INTERNAL REVENUE. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles M. Lyman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 762. GOLDBERG *v.* COMMISSIONER OF INTERNAL REVENUE. April 24, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. McDermott* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Charles A. Horsky* for respondent.